# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
-------------------------------------------------------------------------X
VIVIANE JONES-FORADAS,                                    Index No.

                         Plaintiff,

   -against-                                                  **SUMMONS**

STARBUCKS COFFEE COMPANY,

                         Defendant.
-------------------------------------------------------------------------X

To the above named defendant:

    You are summoned to answer the Complaint in this action and to serve a copy of your Answer on the plaintiff's attorneys within twenty (20) days after the service of this Summons, exclusive of the day of service (or within thirty (30) days after the service is complete if this Summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded herein.

Venue: Plaintiff designates Westchester County as the place of trial. The basis of this designation is that Westchester County is the county in which a substantial part of the events or omissions giving rise to the claim occurred.

Dated: October 15, 2021

Defendant's address:

Starbucks Coffee Company
2401 Utah Ave. South
Seattle, Washington 98134

STEVEN H. COHEN
FELDMAN, KLEIDMAN, COFFEY &
SAPPE, LLP
Attorneys for Plaintiff
Office and Post Office Address
995 Main Street, P.O. Box A
Fishkill, NY 12524
845-897-5199

G:\SHARED\9.8557\Pleadings\Summons.docx

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
---------------------------------------------------------------X
VIVIANE JONES-FORADAS,                                          Index No.

                          Plaintiff,

    -against-                                            **COMPLAINT**

STARBUCKS COFFEE COMPANY,

                          Defendant.
---------------------------------------------------------------X

    Plaintiff, by her attorneys, FELDMAN, KLEIDMAN, COFFEY & SAPPE, LLP, complaining of the defendant, as and for her Complaint, state as follows upon information and belief:

    1.    The plaintiff was and is a resident of Mahopac, County of Putnam, State of New York.

    2.    The defendant is a foreign corporation, authorized to do business in the State of New York.

    3.    On and around August 20, 2021, the defendant owned a Starbucks coffeehouse located at 216 South Highland Avenue, Ossining, NY 10562.

    4.    On and around August 20, 2021, the defendant operated a Starbucks coffeehouse located at 216 South Highland Avenue, Ossining, NY 10562.

    5.    On and around August 20, 2021, the defendant controlled a Starbucks coffeehouse located at 216 South Highland Avenue, Ossining, NY 10562.

    6.    On August 20, 2021, approximately between 11:00 a.m. and noon, plaintiff was injured when a cup of hot tea purchased at the Ossining Starbucks coffeehouse spilled on her.

    7.    The spill was due to the negligence of the defendant, its employees and agents, for, among other things, failing to double cup the tea or put a sleeve on the cup, and failing to properly affix the cup lid.

8. As a result of the negligence of defendant, its agents and/or their employees, the plaintiff was caused to sustain serious and permanent physical and psychological injury; has been rendered sick, sore, lame and disabled; and has and will incur in the future charges for medical care.

9. On August 20, 2021, the defendant committed a tortious act within the State of New York, causing plaintiff to sustain personal injuries.

10. By virtue of the foregoing, the defendant is indebted to the plaintiff in an amount that exceeds the jurisdictional limits of all lower Courts which otherwise would have jurisdiction.

WHEREFORE, the plaintiff demands judgment against the defendant in a sum of money that exceeds the jurisdictional limits of all courts lower than the Supreme Court, together with costs, disbursements, and such other and further relief that the Court deems appropriate.

Dated: Fishkill, New York
October 15, 2021

_____
STEVEN H. COHEN
FELDMAN, KLEIDMAN, COFFEY & SAPPE, LLP
Attorneys for Plaintiff
995 Main Street, P.O. Box A
Fishkill, New York 12524
845-897-5199

G:\SHARED\9.8557\Pleadings\Complaint.docx