

**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MEMO ENDORSED

December 2, 2022

George N. Tompkins, III
212.915.5562 (direct)
George.TompkinsIII@wilsonelser.com

**VIA ELECTRONIC FILING**

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
Chambers 533
White Plains, NY 10601-4150

Re:    **Viviane Jones-Foradas v. Starbucks Coffee Company**
       **Case No.: 21 Civ. 11039 (KMK)(JCM)**
       **File No.: 09194.00350**

Dear Judge Karas:

We represent Defendant Starbucks Corporation d/b/a Starbucks Coffee Company in the above referenced litigation and write to you to request that the Case Management Conference scheduled for December 7, 2022 be canceled. The parties have agreed in principle to settle this case and are in the process of circulating appropriate closing documents. We expect to be able to file the Stipulation and Order of Dismissal within the next thirty (30) days.

In the interim, if Your Honor has any questions regarding this matter, please have a member of your staff contact me.

Respectfully yours,

Granted.

So Ordered.

*[signature]*

12/2/22

Wilson Elser Moskowitz Edelman & Dicker LLP

By:  *George N. Tompkins, III*
George N. Tompkins, III
150 East 42nd Street
New York, New York 10017
(212) 490-3000
Email: George.TompkinsIII@wilsonelser.com
Attorneys for Defendant
STARBUCKS CORPORATION d/b/a
STARBUCKS COFFEE COMPANY

150 East 42nd Street • New York, NY 10017 • p 212.490.3000 • f 212.490.3038

Albany • Baltimore • Boston • Chicago • Connecticut • Dallas • Denver • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • McLean
Miami • Milwaukee • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris

wilsonelser.com

11655245v.1

- 2 -

Steven H. Cohen, Esq. (steve@fkcs.law)
Feldman, Kleidman, Coffey & Sappe, LLP
995 Main Street, P.O. Box A
Fishkill, NY 12524
845-897-5199
Attorneys for Plaintiff

11655245v.1